SHAKESPEARE ET AL. *v.* ZERVOS.

No. 823.  Decided March 24, 1969.

PER CURIAM.

The motions to dispense with printing the jurisdictional statement and for leave to file a supplemental jurisdictional statement are granted.  The motion for transmittal of exhibits is denied.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MAYHUE'S SUPER LIQUOR STORES, INC. *v.*
MEIKLEJOHN, DIRECTOR, BEVERAGE
DEPARTMENT OF FLORIDA, ET AL.

No. 904.  Decided March 24, 1969.

*Daniel S. Pearson* for appellant.

*T. T. Turnbull,* Assistant Attorney General of Florida, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.